COURT OF
APPEALS

                                                   EIGHTH DISTRICT OF
TEXAS

                                                              EL
PASO, TEXAS

 


 
 
  
  
 CLAUDIO FERNANDEZ, IN HIS INDIVIDUAL CAPACITY, AS WELL
 AS HIS OFICIAL CAPACITY AS LEAGUE DIRECTOR FOR THE 
 EL PASO COUNTY SPORTSPARK
 YOUTH PROGRAM AND 
 REY CHAVEZ, IN HIS OFFICIAL
 CAPACITY AS EL PASO COUNTY
 ASCARATE DIRECTOR,
  
                                     Appellants,
  
 v.
  
 GRISELDA PIMENTEL, AS NEXT
 FRIEND OF HER MINOR CHILD
 BRANDON PIMENTEL, 
 CLAUDIA LOPEZ, AS NEXT FRIEND 
 OF HER MINOR CHILD 
 RAUL LOPEZ, JR., IBETT ARPERO
 AS NEXT FRIEND OF HER MINOR
 CHILD ADRIAN ARPERO,
 ROXANNE CONTRERAS, AS NEXT 
 FRIEND TO HER MINOR CHILD 
 CARLOS CONTRERAS,
  
                                     Appellees.
 
  
 
 
  
 '
    
 '
    
 '
    
 '
    
 '
  
 '
    
 '
    
 '
    
 '
    
 '
    
 '
    
 '
    
 '
    
 '
    
 '
  
 
 
  
  
  
  
  
                   No. 08-12-00069-CV
  
                          Appeal from
  
 243rd District
 Court
  
 of El Paso County,
 Texas
  
 (TC # 2011-1561)
 
 


 

                                                     MEMORANDUM
OPINION

 

            Pending before the Court is Appellants’
motion to dismiss the appeal as permitted by Tex.R.App.P.
42.1(a)(1) because Appellees have non-suited their claims against Appellants.  The motion is granted and the appeal is
dismissed.  In accordance with the
parties’ agreement, costs are taxed against the party incurring same.  See
Tex.R.App.P. 42.1(d).

 

November 14, 2012                            _______________________________________________

ANN CRAWFORD
McCLURE, Chief Justice

 

Before McClure, C.J., Rivera, and Antcliff, JJ.